■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. DIFALCO, Appellant. [925 NYS2d 364]—Appeal from an order of the Genesee County Court (Robert C. Noonan, J.), entered April 7, 2010. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Carni, Sconiers and Green, JJ.